UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00218-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM EVANS,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, December 29, 2008,** and responses to these motions shall be filed by **Monday, January 12, 2009.** It is

    FURTHER ORDERED that counsel shall contact my chambers to schedule a hearing on all pending motions, if any, and final trial preparation conference, if necessary. It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, January 26, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated this 21st day of November, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge